```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION

AUSTYN ALMASY,                  *

     Plaintiff,                 *

vs.                             *
                                     CASE NO. 4:21-cv-145 (CDL)
TOMMY MEEKS and AUTO OWNERS     *
INSURANCE CO.,
                                *
     Defendants.
                                *
```

O R D E R

The parties settled this action almost a year ago on June 15, 2022. Status Report, ECF Nos. 22. Five months ago, the parties informed the Court for the first time that they had reached a settlement and that they would file a final dismissal with prejudice "upon agreement of the final terms of the settlement." Notice of Settlement, ECF No. 21. Defendant has filed two status reports stating that the parties' filing of a final dismissal has been delayed due to an "attorney's lien." Status Report, ECF Nos. 22, 23. An attorney's lien should not take more than five months to resolve. The Court notified the parties that the action would be dismissed if they did not file a final dismissal by May 23, 2023. Text-Only Order, ECF No. 24. As of the date of today's order, the parties have yet to file a final dismissal or provide

additional explanation as to why no such dismissal has been filed. Accordingly, the case is hereby dismissed.

    IT IS SO ORDERED, this 31st day of May, 2023.

                                        S/Clay D. Land
                                        CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA